DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| HARRIET R. ROLAND, M.B.A., J.D., LTD,<br>a professional law corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>DARLENE HICKMAN, an individual, *et al.,*<br><br>       Defendants. | Case No. 2:15-cv-01133-JCM-VCF |
| --- | --- |

### MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney E. Carmen Ramirez to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States.  Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1    E. Carmen Ramirez is an attorney with the United States Department of Justice, Tax Division,

2   an agency of the federal government, and is a member in good standing of the bars of the District of

3   Columbia (No. 975331) and the State of New York.

4    The following information is provided to the Court:

5   E. Carmen Ramirez
    Trial Attorney, Tax Division
6   United States Department of Justice
    P.O. Box 683
7   Washington, DC 20044
    Phone: (202) 616-2885
8   Fax: (202) 307-0054
    E.Carmen.Ramirez@usdoj.gov
9

10    Accordingly, the United States respectfully requests that the Court admit E. Carmen Ramirez

11   to practice in the District of Nevada for the duration of employment by the United States.

12    Respectfully submitted this 18th day of June 2015.

13                                           DANIEL G. BOGDEN
                                             United States Attorney
14
                                             /s/ Blaine T. Welsh
15                                           BLAINE T. WELSH
                                             Assistant United States Attorney
16

17

18

19

20                                           IT IS SO ORDERED:

21

22                                           _____
                                             UNITED STATES DISTRICT JUDGE
23
                                                         June 19, 2015
24                                           DATED: _____

25

26

2

## PROOF OF SERVICE

I, Blaine T. Welsh, certify the following individuals were served with a copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on the date and via the method of service identified below:

<u>**Electronic Case Filing:**</u>

Roland Law Firm
Harriet H. Roland
2470 E. Saint Rose Parkway, Suite 105
Henderson, NV 89052
hroland@rolandlawfirm.com
*Counsel for Plaintiff*

Thomas C. Michaelides
TCM Law
1614 S. Maryland Parkway
Las Vegas, NV 89104
tcm@tcmlawgroup.com
*Counsel for Defendant Darlene Williams Hickman*

<u>**U.S. Mail:**</u>

Andrew L. Kynaston
Kainen Law Group
3303 Novat St., Suite 200
Las Vegas, NV 89129-8714
*Counsel for Defendant Marvin Hickman*

The Corporation Trust Company of Nevada
311 S. Division Street
Carson City, NV 89703
*Registered Agent for Defendant Summerlin Hospital Medical Center*

DATED this 18th day of June 2015.

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney