TIFFANY S. BARNEY, ESQ.
Nevada Bar No. 9754
ANTHONY L. BARNEY, ESQ.
Nevada Bar No. 8366
**ANTHONY L. BARNEY, LTD.**
3317 W. Charleston Blvd., Suite B
Las Vegas, NV 89102
Telephone: (702) 438-7878
Facsimile: (702) 259-1116
office@anthonybarney.com
*Attorneys for Marvin Hickman*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Harriett H. Roland, M.B.A., J.D., LTD., a Professional Law Corporation (a Nevada corporation),<br><br>Plaintiff<br>v.<br><br>Darlene Hickman, an individual; Marvin Hickman, an individual; INTERNAL REVENUE SERVICE, a government entity; Summerlin Hospital Medical Center, a Nevada Corporation; DOES I through X, inclusive; and ROES I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-1133<br><br>**SUBSTITUTION OF COUNSEL** |

### SUBSTITUTION OF COUNSEL

Andrew Kynaston, Esq., attorney of record for Marvin Hickman, a defendant in the interpleader action filed in Case #D-14-490939-D in the Eighth Judicial District Court, Family Division of Clark County Nevada and defendant herein, does hereby consent to the substitution of Tiffany S. Barney, Esq. of the law firm of Anthony L. Barney, Ltd., as attorneys for Marvin

///

1

Hickman in the above-captioned matter in his place and stead.

DATED this __24th__ day of June, 2015.

**KAINEN LAW GROUP**

_____
Andrew L. Kynaston, Esq.
Nevada Bar No. 8147
3303 Novat St., #200
Las Vegas, NV 89129

Tiffany S. Barney, Esq., of and on behalf of the law firm of Anthony L. Barney, Ltd., does hereby agree to be substituted in the place of Andrew L. Kynaston, Esq., as attorney for Defendant Marvin Hickman in the above-captioned matter.

**ANTHONY L. BARNEY, LTD.**

_____
Tiffany S. Barney, Esq.
Nevada Bar No. 9754
3317 W. Charleston Blvd., Suite B
Las Vegas, NV 89102-1835

Marvin Hickman, Defendant in the above-captioned matter, hereby consents to the substitution of Tiffany S. Barney, Esq., and the law office of Anthony L. Barney, Ltd., in place of Andrew L. Kynaston, Esq., as his attorney of record in the above-captioned matter.

_____
Marvin Hickman, Defendant

2

TIFFANY S. BARNEY, ESQ.
Nevada Bar No. 9754
ANTHONY L. BARNEY, ESQ.
Nevada Bar No. 8366
**ANTHONY L. BARNEY, LTD.**
3317 W. Charleston Blvd., Suite B
Las Vegas, NV 89102
Telephone: (702) 438-7878
Facsimile: (702) 259-1116
office@anthonybarney.com
*Attorneys for Marvin Hickman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Harriett H. Roland, M.B.A., J.D., LTD., a Professional Law Corporation (a Nevada corporation),<br><br>Plaintiff<br>v.<br><br>Darlene Hickman, an individual; Marvin Hickman, an individual; INTERNAL REVENUE SERVICE, a government entity; Summerlin Hospital Medical Center, a Nevada Corporation; DOES I through X, inclusive; and ROES I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-1133<br><br>**ORDER ON SUBSTITUTION OF COUNSEL** |

## ORDER ON SUBSTITUTION OF COUNSEL

This matter having come before the court by Defendant Marvin Hickman, by and through his substituting counsel Tiffany S. Barney, Esq., with the law office of Anthony L. Barney, Ltd., upon the filing of the Substitution of Counsel on June 29, 2015, with Defendant Marvin Hickman and Andrew Kynaston, Esq., former attorney of record for Defendant Marvin

1

Hickman, signing off on behalf of the substitution, and good cause appearing, the Court hereby finds there has been no opposition thereto and orders the following:

THE COURT HEREBY ORDERS that Tiffany S. Barney, Esq., and the law office of Anthony L. Barney, Ltd., shall substitute in as counsel for Defendant Marvin Hickman in the place of Andrew L. Kynaston, Esq., who shall be removed from the CM/ECF system of the United States District Court in the District of Nevada as attorney of record for Defendant Marvin Hickman.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED: July 6, 2015

Respectfully Submitted:

**ANTHONY L. BARNEY, LTD.**

_____
Tiffany S. Barney, Esq.
Nevada Bar No. 9754
3317 W. Charleston Blvd., Suite B
Las Vegas, NV 89102-1835
*Attorneys for Marvin Hickman*

2