# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HARRIET H. ROLAND, M.B.A., J.D., LTD., | |
| Plaintiff, | 2:15-cv-01133-JCM-VCF |
| vs. | **ORDER** |
| DARLENE HICKMAN, *et al.*, | |
| Defendants. | |

Before the Court are the following motions:

1. Motion to Compel Plaintiff to Deposit Interpleader Funds in Court Registry (#5),

2. Motion to Extend the Time to File Responsive Pleading (#8),

3. Motion to Shorten Time to Respond to its Earlier Motion to Compel Plaintiff to Deposit Funds in Court Registry (#12).

IT IS HEREBY ORDERED that a hearing on the above referenced motions (#s 5, 8, 12) is scheduled for 1:00 p.m., August 14, 2015, in courtroom 3D.

DATED this 24th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE