UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

HARRIET H. ROLAND, M.B.A., J.D., LTD.,

Plaintiff,

vs.

DARLENE HICKMEN, *et al.*,

Defendants.

2:15-cv-01133-JCM-VCF

**ORDER**

    Before the Court is the government's Motion to Stay Pending Motions (ECF No. 43). The only pending motion is the government's motion to alter or amend the judgment, for relief from judgment, and/or stay the proceedings pending trial (ECF No. 39).

    Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed. Here, it would seem that the other parties have consented to the instant motion.

    Accordingly,

    IT IS HEREBY ORDERED that Motion to Stay Pending Motions (ECF No. 43) is GRANTED.

    DATED this 30th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE