# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HARRIET H. ROLAND, M.B.A., J.D., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> DARLENE HICKMAN, *et al.*, <br><br> Defendants. | 2:15-cv-01133-JCM-VCF <br> **ORDER** |

Before the Court is the Motion to Stay (ECF No. 48).

IT IS HEREBY ORDERED that a hearing on the Motion to Stay (ECF No. 48) is scheduled for 11:00 AM, May 23, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that Tiffany Barney, Esq. is directed to deliver a copy of this Order to Theresa Mains, Esq.

IT IS FURTHER ORDERED that Marvin Hickman must arrange for Ms. Mains to attend the scheduled hearing at 11:00 AM, May 23, 2017.

DATED this 1st day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE