UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HARRIET H. ROLAND, M.B.A, J.D., LTD., | Case No. 2:15-CV-1133 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| DARLENE HICKMAN, et al., | |
| Defendant(s). | |

Presently before the court is the Internal Revenue Service's (the "IRS") motion to stay the case in light of IRS administrative action. (ECF No. 60). Specifically, the IRS requests that this court stay both "the pending deadline to object to the Magistrate's order of May 25, 2017 (ECF No. 58), and to stay a decision on a pending motion for reconsideration (ECF No. 47)."[1] (ECF No. 60 at 2). No opposition to this motion has been filed.

The instant motion was filed on June 7, 2017. (ECF No. 60). However, the requested span of time (21 days from June 7, 2017) for a stay has elapsed. Furthermore, the IRS states that, before the filing of this motion, it:

> [I]ssued a Notice of Levy to the Clerk of the Eighth Judicial District Court, Clark County, pursuant to 26 U.S.C. § 6331. That provision authorizes the IRS to collect unpaid taxes administratively, by levy on the taxpayer's property or rights to property, or on property on which there is a tax lien.

(ECF No. 60 at 3).

This court has not yet adjudicated the motion for reconsideration (ECF No. 47) and will extend the deadline to object to the magistrate judge's May 23, 2017, decisions. *See* LR 7-2(d).

---

[1] No order was rendered on May 25, 2017; this court assumes that the IRS is referring to the magistrate judge's May 23, 2017, decisions. *See* (ECF No. 58).

**James C. Mahan**
**U.S. District Judge**

Therefore, the IRS has effectively received its requested relief. Moreover, the court will require a status report regarding the notice of levy.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the IRS's motion to stay (ECF No. 60) be, and the same hereby is, GRANTED IN PART and DENIED AS MOOT IN PART.

IT IS FURTHER ORDERED that the IRS shall submit a status report regarding the notice of levy to the court within ten (10) days of the date of this order.

IT IS FURTHER ORDERED that the deadline to object to the magistrate judge's May 23, 2017, orders shall be EXTENDED to fourteen (14) days from the date of this order.

DATED July 5, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**