**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| HARRIETT H. ROLAND, M.B.A., J.D., LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> DARLENE HICKMAN, *et al.*, <br><br> Defendants. | 2:15-cv-01133-JCM-VCF <br> **ORDER** |

Before the Court is Harriett H. Roland, MBA, JD, Ltd. Vs. Darlene Hickman, et al., case number 2:15-cv-01133-JCM-VCF.

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, September 22, 2017, in Courtroom 3D.

DATED this 16th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE