# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HARRIET H. ROLAND, M.B.A., J.D., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>DARLENE HICKMAN, *et al.*,<br><br>Defendants. | 2:15-cv-01133-JCM-VCF<br>**ORDER** |

Before the Court is the Motion for Guidance as to Whether it May Contact Defendant Darlene Hickman Directly (ECF No. 67).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion for Guidance as to Whether it May Contact Defendant Darlene Hickman Directly (ECF No. 67) is scheduled for 2:00 PM, September 19, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that Thomas C. Michaelides, Esq. must attend the hearing in person.

DATED this 11th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE