# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

HARRIET H. ROLAND, M.B.A., J.D., LTD.,

Plaintiffs,

vs.

DARLENE HICKMAN, *et al.*,

Defendants.

2:15-cv-01133-JCM-VCF

**ORDER**

Before the Court are the government's motion to continue September 22, 2017, Status hearing (ECF No. 69) and Motion to Appear at September 19, 2017, hearing by Telephone (ECF No. 70).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the government's motion to continue September 22, 2017, Status hearing (ECF No. 69) and Motion to Appear at September 19, 2017, hearing by Telephone (ECF No. 70) must be filed on or before September 15, 2017. No reply necessary.

If no opposition is filed, the status hearing will be rescheduled to 10:30 AM, October 11, 2017, in Courtroom 3D, and may appear by telephone. The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 12th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE