# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| HARRIET H. ROLAND, M.B.A., J.D., LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> DARLENE HICKMAN, *et al.*, <br><br> Defendants. | 2:15-cv-01133-JCM-VCF <br> **ORDER** |

Before the Court are the Internal Revenue Service's ("IRS") motion to continue September 22, 2017, Status hearing (ECF No. 69) and Motion to Appear at September 19, 2017, hearing by Telephone (ECF No. 70). Oppositions were due by September 15, 2017. (ECF No. 72). To date, no opposition has been filed.

Accordingly,

IT IS HEREBY ORDERED that the IRS' motion to continue September 22, 2017, Status hearing (ECF No. 69) and Motion to Appear at September 19, 2017, hearing by Telephone (ECF No. 70) are GRANTED.

The hearing on Motion for Guidance as to Whether it May Contact Defendant Darlene Hickman Directly scheduled for September 19, 2017 and Status hearing on September 22, 2017 are rescheduled to 10:30 AM, October 11, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that Thomas C. Michaelides, Esq. must attend the October 11, 2017 hearing in person.

The IRS may appear telephonically at the October 11, 2017 hearing. The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time.

1 | The court will join the call and convene the proceedings. The call must be made on a land line. The use
2 | of a cell phone or speaker phone during the proceedings is prohibited.
3 |     DATED this 18th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE